# Court of Appeals
# of the State of Georgia

ATLANTA,  January 08, 2024

*The Court of Appeals hereby passes the following order:*

## A24I0097. KENTREL AKEEM STONE v. THE STATE.

Kentrel Stone, who is charged with theft by receiving stolen property, moved to suppress an AR-15 rifle with the stock cut off, which the arresting officer observed in Stone's vehicle during a traffic stop. Stone argued, among other things, that his detention and seizure violated his Second Amendment right to carry a handgun for self-defense outside the home, and Georgia's new concealed carry statute, OCGA § 16-11-126. The trial court rejected this constitutional challenge, and Stone now seeks interlocutory review in this Court.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States[.]" *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1)). Because the trial court ruled on Stone's constitutional challenge, jurisdiction over this appeal may lie in the Supreme Court. Further, the Supreme Court has the ultimate responsibility for determining appellate jurisdiction. See *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996).

Therefore, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __01/08/2024__

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*